## ATTACHMENT A

## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

On January 31, 2021, at approximately 2:25 p.m., the Defendant, **ELIJAH GREENE-PARKER** ("**GREENE-PARKER**"), and two co-conspirators entered Business 2 in Silver Spring, Maryland to commit a robbery. **GREENE-PARKER** was armed with a black semi-automatic handgun and was wearing a mask, a black winter coat with a hood and a Canada Goose brand patch on the left sleeve, and tan boots with the tongues hanging over the laces. One of the co-conspirators was armed with an assault-style rifle with an extended capacity magazine and foregrip.

**GREENE-PARKER** and the other armed co-conspirator pointed their guns at the employees of Business 2 and ordered them to the ground. **GREENE-PARKER** and the two co-conspirators stole approximately $350 of Business 2's proceeds from the register and demanded to know the location of the safe. The employees stated they did not have access to the safe. **GREENE-PARKER** and the two co-conspirators took a cellphone from Victim 1, an employee, and a wallet from Victim 2, another employee. **GREENE-PARKER** and the two co-conspirators fled the scene in a stolen black Audi Q3 SUV bearing a Virginia paper temporary registration.

On the same date at approximately 3:25 p.m., **GREENE-PARKER** and the two co-conspirators, carrying the same weapons and wearing the same clothing from the robbery of Business 2, entered Business 3 in Washington, D.C. to commit another armed robbery. Once inside, **GREENE-PARKER** and the two co-conspirators robbed the lone store employee (Victim 3) of the store's proceeds at gunpoint. **GREENE-PARKER** and the two co-conspirators walked behind the counter and ordered Victim 3 to open the register. **GREENE-PARKER** and the two co-conspirators forced Victim 3 into a back office and told him to lay down on the ground. **GREENE-PARKER** and the two co-conspirators removed approximately $200 of Business 3's proceeds from the cash register, as well as a bag of chips from a display shelf and fled the scene.

On the same date at approximately 4:41 p.m., **GREENE-PARKER** and the two co-conspirators, again wearing the same clothing and carrying the same firearms, entered Business 4 in Prince George's County, Maryland. **GREENE-PARKER** and the two co-conspirators demanded that the employees (Victim 4, Victim 5, and Victim 6) open the register and ordered Victim 4, Victim 5, and Victim 6 to the ground. When **GREENE-PARKER** and the two co-conspirators demanded to know the location of the safe, the victims advised that they did not have access to it. **GREENE-PARKER** and the two co-conspirators stole cellphones from Victim 4, Victim 5, and Victim 6 and then took approximately $4,000 of Business 4's proceeds from the registers. Surveillance video captured **GREENE-PARKER** and the two co-conspirators fleeing after the robbery in the same black Audi Q3.

Law enforcement obtained surveillance video from **GREENE-PARKER**'s residence, an apartment complex in Washington, D.C. The video shows—on January 31, 2021, at 4:46 p.m., minutes after the robbery of Business 4—the same black Audi Q3 getaway vehicle as seen from Business 4's surveillance video—stop in front of **GREENE-PARKER**'s apartment complex. The co-conspirator who carried the rifle during the three previous robberies got out of the vehicle and entered the apartment complex carrying a tennis bag. The Audi parked behind the building and **GREENE-PARKER**, wearing the same clothing from the prior robbery of Business 2, Business 3, and Business 4, exited the vehicle, along with the other third participant in the robberies.

On February 5, 2021, at approximately 1:15 a.m., **GREENE-PARKER** and Co-Conspirator 1 entered Business 1, located in Silver Spring, Maryland. Co-Conspirator 1 and **GREENE-PARKER** selected items from the shelves and then walked to the counter. Co-Conspirator 1 grabbed Victim 7, an employee of Business 1, by Victim 7's shirt, struck Victim 7 in the head, led Victim 7 behind the counter, and forced Victim 7 to his knees. Co-Conspirator 1 then brandished a black semiautomatic handgun and ordered Victim 7 and Victim 8, another employee, to open the cash register. **GREENE-PARKER** joined Co-Conspirator 1 behind the counter. Victim 8 opened the cash register, and Co-Conspirator 1 and **GREENE-PARKER** removed approximately $300 from the cash register and fled. Officers with the Montgomery County Police Department ("MCPD") responded to the scene, interviewed the victims, processed the scene for evidence, and obtained and reviewed video surveillance footage of **GREENE-PARKER** and Co-Conspirator 1 committing the robbery.

Also on February 5, 2021, at approximately 4:57 p.m., in Alexandria, Virginia, three suspects carjacked at gunpoint a dark gray Volkswagen Tiguan with Pennsylvania registration plates ("Volkswagen"). Victim 9, the driver, reported that he had just parked his vehicle and was sitting in the driver's seat when two black males approached him. One suspect told Victim 9 to get out of the vehicle, while a second suspect pointed a black handgun at Victim 9. Victim 9 complied and began to get out of the car but was grabbed by a suspect and pulled away from the vehicle. All three suspects fled in the Volkswagen. Victim 9 described all of the suspects as black males in their late teens to early twenties, wearing black clothing and masks covering their mouths. Victim 9 reported that his iPhone was still inside the vehicle.

On February 5, 2021, at approximately 6:06 p.m., Co-Conspirator 1, **GREENE-PARKER**, and Co-Conspirator 2 carjacked at gunpoint Victim 10, who was driving a Lexus ES300 ("Lexus") in Silver Spring, Maryland. Victim 10 had made a deposit at an ATM and, upon returning to his vehicle, observed the Volkswagen parked next to his car. Co-Conspirator 1 and **GREENE-PARKER** approached Victim 10, displayed handguns, and demanded money, Victim 10's wallet, and Victim 10's keys. Co-Conspirator 1 approached Victim 10 first with a gun in his hand and stated, in sum and substance, "I'm gonna blow you up, give me your money and keys." **GREENE-PARKER**, who also was armed with a gun, approached Victim 10 and demanded his car keys. Co-Conspirator 2 was driving the Volkswagen. Fearing for his life, Victim 10 handed his property over. **GREENE-PARKER** drove Victim 10's Lexus away, while Co-Conspirator 1 got into the front passenger seat of the Volkswagen and fled the scene. A short time later the Lexus was located abandoned nearby.

Approximately two minutes after the carjacking of the Lexus, also in Silver Spring, Maryland, Co-Conspirator 1 and **GREENE-PARKER** approached Victim 11, who was sitting in a Mercedes ML350 sport utility vehicle ("Mercedes"). Co-Conspirator 1 ordered Victim 11 to "get out" while he pointed a firearm at her. Victim 11 exited in fear for her life, while Co-Conspirator 1 and **GREENE-PARKER** took Victim 11's vehicle and fled the scene. MCPD officers responded, interviewed Victim 11, and obtained and reviewed surveillance footage relevant to the carjacking involving the Mercedes.

At approximately 6:34 p.m. on February 5, 2021, **GREENE-PARKER** and Co-Conspirator 1 were observed arriving in and exiting the Volkswagen on surveillance video capturing the outside of **GREENE-PARKER**'s residence, an apartment building located in Washington, D.C. As the Volkswagen parked in front of the apartment building, the two occupants, **GREENE-PARKER** and Co-Conspirator 1, got out of the driver's side and passenger's side, respectively. They both entered the apartment building through the main front door. **GREENE-PARKER** and Co-Conspirator 1 were wearing the same clothing visible in the surveillance videos of the Silver Spring carjacking of the Mercedes less than thirty minutes prior and of the robbery of Business 1. Approximately three minutes after entering the building, Co-Conspirator 1 exited the main apartment building door and stood on the front porch. Co-Conspirator 1 removed a mobile phone from his pocket, smashed the phone on the concrete porch, and threw the phone in the front dirt or lawn area of the building. As discussed below, law enforcement recovered the smashed phone two days later and confirmed that it was the iPhone belonging to Victim 9 that Victim 9 had left inside of the Volkswagen.

Approximately 45 minutes later that evening, the carjacked Mercedes, which contained three occupants, arrived and parked in front of the Volkswagen. **GREENE-PARKER** and Co-Conspirator 1 exited the front door of the apartment building, went to the driver's side of the Mercedes, and spoke with the occupants. After a few minutes, the three occupants of the Mercedes exited the vehicle, entered the Volkswagen, and drove away. **GREENE-PARKER** and Co-Conspirator 1 then went back into the front door of **GREENE-PARKER**'s apartment building.

Later that evening, at approximately 8:33 p.m., officers with the Metropolitan Police Department ("MPD") observed the carjacked Volkswagen traveling in Washington D.C. After a vehicle pursuit, individuals including Co-Conspirator 2 bailed out of the vehicle in the 600 block of L St., NE, Washington, D.C. MPD located and arrested Co-Conspirator 2 in the area of the Volkswagen after an officer positively identified Co-Conspirator 2 as the driver of the Volkswagen during the pursuit. The Maryland license plate from the carjacked Mercedes was also located a short distance away.

On February 17, 2021, at 3:03 a.m., MCPD officers located the carjacked Mercedes in the parking lot of the apartment building where **GREENE-PARKER** resided in Washington, D.C. Later that evening, the Mercedes was recovered from the street in front of the building.

Late in the evening of February 26, 2021, **GREENE-PARKER** and Co-Conspirator 1 were 'livestreaming' and posting on Instagram about being at a hotel party in Arlington, Virginia. Law enforcement established surveillance on the hotel and eventually in the room next to **GREENE-PARKER** and Co-Conspirator 1. Law enforcement continued to monitor **GREENE-**

PARKER's Instagram account and were able to hear the 'livestreaming' in real time while in the room next door. Law enforcement observed on GREENE-PARKER's Instagram the presence of semiautomatic handguns in the hotel room. GREENE-PARKER posted a video where he stated, "we the ones doing all the robberies." MCPD officers apprehended GREENE-PARKER and Co-Conspirator 1 in the hotel room. Prior to being apprehended, GREENE-PARKER threw a bag from the hotel room window. Law enforcement promptly recovered the bag. Its contents included two loaded firearms, specifically: (1) a Glock 22 semi-automatic pistol bearing serial number LXN466; (2) a Smith & Wesson Shield 40 semi-automatic pistol bearing serial number JFL2227; (3) 12 Winchester .40 caliber rounds of ammunition contained therein; and (4) 9 Federal .40 caliber rounds of ammunition also contained therein.

Businesses 1, 2, 3, and 4 conduct business in and affecting interstate commerce by, among other things, obtaining and selling goods that were manufactured outside of Maryland. Businesses 1, 2, and 3 are each part of national corporations that are headquartered outside of Maryland.

The Lexus was registered and maintained outside of Maryland and therefore traveled in interstate commerce prior to the carjacking that occurred on February 5, 2021. The Mercedes was purchased outside of Maryland and therefore traveled in interstate commerce prior to the carjacking that occurred on February 5, 2021.

SO STIPULATED:

Timothy F. Hagan, Jr.
Assistant United States Attorney

Elijah Greene-Parker
Defendant

Michael Lawlor, Esq.
Counsel for Defendant

Rev. August 2018

16